IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LEE ANTON JACKSON,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-510-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that petitioner Lee Anton Jackson's motion for post-conviction relief under 28 U.S.C. § 2255 is denied.

_____      _____
Peter Oppeneer, Clerk of Court                            2/16/12 Date